**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

In-N-Out Burgers,

      Plaintiff,

      v.                                    Case No. 2:25-cv-02272-BCL-cgc
                                                  JURY DEMANDED

In & Out Wireless, Inc.,

      Defendant.

## ORDER ADOPTING REPORT AND RECOMMENDATION

This Court granted Plaintiff's Motion for Default Judgment and then referred this matter to Magistrate Judge Charmiane G. Claxton for an evidentiary hearing and a report and recommendation concerning the issue of remedy, including permanent injunction, damages, and attorneys' fees. Doc. 15. Judge Claxton held an evidentiary hearing on June 12, 2026, Doc. 21, then submitted her report and recommendation on June 26, 2026. Doc. 22. The deadline to object has now passed and no objections were made.

A United States District Court Judge may designate a United States Magistrate Judge to submit proposed findings of fact and conclusions of law for disposition by the District Judge of certain motions. 28 U.S.C. § 636(b)(1)(B). The District Judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge," and "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.* The district court is not required to review—

under a de novo or any other standard—those aspects of the report and recommendation to which no objection is made. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985).

Based upon the lack of any objections, the Court **ADOPTS** the Report and Recommendation (Doc. 22) and **GRANTS** the recommended relief *in toto*. Accordingly, this case is **DISMISSED**. Default Judgment shall be entered for Plaintiff. The Clerk **SHALL** close this case.

**IT IS SO ORDERED**, this 13th day of July, 2026.

s/ *Brian C. Lea*

BRIAN C. LEA
UNITED STATES DISTRICT JUDGE